# Third District Court of Appeal

## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1120
Lower Tribunal No. F90-45486A
_____


**Frank Heinz,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Frank Heinz, in proper person.

James Uthmeier, Attorney General, for appellee.


Before EMAS, MILLER, and BOKOR, JJ.

MILLER, J.

Frank Heinz seeks review of an order denying his motion to correct an illegal sentence filed pursuant to Florida Rule of Civil Procedure 3.800. Distilled to its essence, his claim below rested upon the retroactive application of Apprendi[1] and its progeny, including Erlinger.[2] Having reviewed the trial court's thorough and well-reasoned order, we agree the claim fails, at a minimum, on preservation grounds. We therefore decline to address the other substantive arguments raised below and in this proceeding.

Affirmed.

---

[1] Apprendi v. New Jersey, 530 U.S. 466 (2000).
[2] Erlinger v. United States, 602 U.S. 821 (2024).